Drew Henwood, Esq.
The Law Offices of Drew Henwood
93 Devine Street, Suite 100
San Jose, CA 95110
California Bar No. 184529
(408) 279-2730
(408) 279-2735 fax
email: henwood.drew@gmail.com

Attorney for debtors

Guy Quientin Reynolds and Mary Lynn Henderson

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**GUY QUIENTIN REYNOLDS,** and
**MARY LYNN HENDERSON**,

Debtors.

Case No.10-55885-RLE

Chapter 13

**FIRST AMENDED CERTIFICATE OF SERVICE**

**DATE:** (No hearing presently requested)
**TIME:**
**PLACE:**
**BEFORE:**

**PROOF OF SERVICE VIA U.S. MAIL**

I am employed in the County of Santa Clara, State of California. I am at least 18 years of age and not a party to the within action; my business address is 93 Devine Street, Suite 100, San Jose, California, 95110.

On the 3rd day of June 2011, I served the interested parties with the documents described as follows: **FIRST AMENDED CHAPTER 13 PLAN**

By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Page 1 - CERTIFICATE OF SERVICE
**FIRST AMENDED CHAPTER 13 PLAN**
In re Guy Reynolds & Mary Henderson
Case No. 10-55885-RLE-13

Case: 10-55885   Doc# 35   Filed: 06/04/11   Entered: 06/04/11 14:10:49   Page 1 of 2

| | |
|---|---|
| For Sale By Owner<br>2585 El Camino Real<br>Santa Clara, CA 95051 | Wells Fargo Bank, N.A.<br>aka Wachovia<br>4101 Wiseman Blvd, # MC-T<br>San Antonio, TX 78251 |
| Mid-Atlantic Finance Company<br>Post office Box 12139<br>Saint Petersburg, FL 33733 | |

The envelope(s) was/were deposited into an official U.S. Mail depository.

I deposited such envelope(s) at San Jose, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date and/or postage meter date is more than one day after the declared date of deposit of this certificate of service.

I declare under penalty of perjury that the above statements are true to the best of my knowledge, information and belief and that I am employed by a member of the bar of this Court at whose direction this service was made.

I further declare under penalty of perjury that this certificate of service was executed on the 3rd day of June, 2011 in San Jose, California.


/s/ Windy Mac
WINDY MAC
Legal Assistant for Drew Henwood