

The following constitutes
the order of the court. Signed August 03, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| GUY QUIENTIN REYNOLDS | Case No. 10-55885 SLJ |
| MARY LYNN HENDERSON | **ORDER APPROVING COMPENSATION** |
| Debtors | |

DREW HENWOOD has filed an Application for Compensation with Declaration pursuant to the "Guidelines for Payment of Attorney's Fees in Chapter 13 Cases" ("Application"). Pursuant to the Application, attorney's fees in the amount of $4300.00 are approved, of which $1,226.00 has been previously paid.

48

*** END OF ORDER ***

Approved as to form and content:


Dated: August 02, 2011          /s/ DEVIN DERHAM-BURK
                                _____
                                Chapter 13 Standing Trustee

## COURT SERVICE LIST

Case Name:  GUY QUIENTIN REYNOLDS               Case No.:  10-55885 SLJ
            MARY LYNN HENDERSON


GUY QUIENTIN REYNOLDS
MARY LYNN HENDERSON
2322 AMETHYST DR
SANTA CLARA, CA  95051


DREW HENWOOD
LAW OFFICES OF DREW HENWOOD
93 DEVINE ST #100
SAN JOSE, CA  95110