

1 | Drew Henwood, Esq.
The Law Offices of Drew Henwood
2 | 93Devine Street, Suite 100
San Jose, CA 95110
3 | California Bar No. 184529
(408) 279-2730
4 | (408) 279-2735 fax
email: henwood.drew@gmail.com
5

The following constitutes
the order of the court. Signed August 12, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

8 | Attorney for debtors

9 | Guy Quientin Reynolds and Mary Lynn Henderson

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-55885-SLJ-13 |
| **GUY QUIENTIN REYNOLDS**, and **MARY LYNN HENDERSON**, | Chapter 13 |
| Debtors. | **ORDER GRANTING MOTION TO COMPEL RETURN OF VEHICLE REPOSSESSED IN VIOLATION OF TITLE 11 U.S.C. §362(a)(3) AND REQUEST FOR ASSOCIATED ATTORNEY FEES, COSTS AND FOR SANCTIONS** |
| **GUY QUIENTIN REYNOLDS**, and **MARY LYNN HENDERSON**, | |
| Movants, | DATE: |
| vs | TIME: |
| **CARS AND TRUCKS FOR SALE BY OWNER, LLC**, | PLACE: United States Bankruptcy Court 280 S. 1st Street, Courtroom 3099 San Jose, California 95113 |
| Respondent. | BEFORE: The Honorable Stephen L. Johnson |

Came for consideration the hearing of debtors to compel return of vehicle repossessed in violation of the automatic stay and upon consideration of the documents submitted by court hereby **FIND** and **DECREES** as follows:

1. The subject vehicle was repossessed in violation of the automatic stay;

2. The subject vehicle shall be returned to the debtors no later than August 15, 2011;

Page 1 - ORDER GRANTING MOTION TO COMPEL RETURN OF REPOSSESSED   In re Guy Reynolds & Mary Henderson
I VEHICLE N VIOLATION OF THE AUTOMATIC STAY ...                Case No. 10-55885-SLJ-13

3. If subject vehicle is not returned by August 15, 2011 there shall be a $500.00 sanction for each day thereafter that the subject vehicle is not returned.

4. The respondent shall pay the amount of $700.00 in attorney fees to debtors' attorney.

***END OF ORDER***

Page 2 - ORDER GRANTING MOTION TO COMPEL RETURN OF REPOSSESSED VEHICLE IN VIOLATION OF THE AUTOMATIC STAY ...  In re Guy Reynolds & Mary Henderson
Case No. 10-55885-SLJ-13

Case: 10-55885   Doc# 51   Filed: 08/12/11   Entered: 08/12/11 17:35:53   Page 2 of 3

# COURT SERVICE LIST

**ADDRESSED AS FOLLOWS**:

**Cars for Sale by Owner**
Attention: Enrico
2585 El Camino Real
Santa Clara, CA 95051

**The Law Offices of Drew Henwood**
93Devine Street, Suite 100
San Jose, CA 95110
California Bar No. 184529

Page 3 - ORDER GRANTING MOTION TO COMPEL RETURN OF REPOSSESSED  In re Guy Reynolds & Mary Henderson
I VEHICLE N VIOLATION OF THE AUTOMATIC STAY ...  Case No. 10-55885-SLJ-13

Case: 10-55885    Doc# 51    Filed: 08/12/11    Entered: 08/12/11 17:35:53    Page 3 of 3