HEINZ BINDER, #87908
DAVID B. RAO, #103147
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: david@bindermalter.com

Attorneys for Creditor, Cars And Trucks
For Sale By Owner LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION-SLJ

| In re | Case No:10-55885-SLJ |
|---|---|
| GUY QUIENTIN REYNOLDS and MARY LYNN HENDERSON, | Chapter 13 |
| Debtors. | |

## NOTICE OF TERMINATION OF REPRESENTATION

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Binder & Malter, LLP has terminated its representation of Cars and Trucks for Sale by Owner, LLC and David McDaniel.

Dated: May 25, 2012             BINDER & MALTER, LLP

                                By: /s/ David B. Rao
                                    David B. Rao

McDaniel/plead/Not.TerminationRep.